UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINICK TENERELLI,<br><br>    Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,<br><br>    Defendants. | Case No.  15-cv-00012-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING SCHEDULE**<br><br>[Re: ECF 14] |

The parties in this employment action are scheduled to appear for case management on April 9, 2015. The Court is in receipt of the parties' joint case management statement, and, having reviewed their submissions, hereby VACATES the case management conference and sets the following case schedule:

| | |
|---|---|
| Fact Discovery Cutoff: | October 2, 2015 |
| Dispositive Motion(s) Hearing Date: | November 19, 2015 |
| Expert Witness Disclosure: | January 8, 2016 |
| Rebuttal Expert Disclosure: | February 5, 2016 |
| Expert Discovery Cut-off: | March 11, 2016 |
| Pre-trial Conference: | March 24, 2016 |
| Trial: | April 18, 2016 |

**IT IS SO ORDERED.**

Dated: April 7, 2015

BETH LABSON FREEMAN
United States District Judge