MICHAEL W. FOSTER (State Bar No. 127691)
MICHAEL E. WILBUR (State Bar No. 152361)
TAMMY A. BROWN (State Bar No. 172612)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINICK TENERELLI, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, a Division of Lockheed Martin Corporation, LOCKHEED MARTIN CORPORATION, a Maryland Corporation, and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. CV 15-00012 BLF<br><br>DECLARATION OF MICHAEL E. WILBUR IN SUPPORT OF DEFENDANT LOCKHEED MARTIN'S CORPORATIONS MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT A COUNTERCLAIM FOR INJUNCTIVE RELIEF<br><br>Hearing: January 7, 2016<br>Time:    9:00 a.m.<br>Courtroom: 3 |

I, Michael E. Wilbur, hereby declare:

1.  I am an attorney with Foster Employment Law, counsel of record for Defendant Lockheed Martin Corporation. I make this declaration on personal knowledge.

2.  Plaintiff Domenick Tenerelli filed a Complaint for Damages and Injunctive Relief in Santa Clara County Superior Court on November 26, 2014.

3.  In the Complaint, Plaintiff alleges that Defendant discriminated against him and harassed him based on his age in violation of the California Fair Employment and Housing Act ("FEHA"), retaliated against him in violation of FEHA, and terminated his employment in violation of public policy.

1

*TENERELLI V. LOCKHEED MARTIN SPACE SYSTEMS CO., ET AL.*
DECLARATION OF MICHAEL WILBUR ISO OF LOCKHEED MARTIN'S
MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT A COUNTERCLAIM

CASE NO. CV 15-00012 BLF

4.       On January 2, 2015, Lockheed Martin filed its Answer to Plaintiff's Complaint in State Court, and Lockheed Martin also filed a Notice of Removal on the grounds that the U.S. District Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a)(1).

5.       In his deposition in this action, Plaintiff Tenerelli admitted that he copied a significant portion of the contents of a Lockheed Martin computer to an external hard drive that he kept in his possession after his employment ended.  Tenerelli also admitted that the documents and data he copied and kept in his possession included Lockheed Martin Proprietary Information, and that he delivered to his counsel the external hard drive containing the documents and data that he copied. True and correct copy of pertinent portions of Plaintiff's deposition testimony is attached hereto as Exhibit 1.

6.       Before Tenerelli's deposition, his counsel had made available to my office a dropbox link (www.dropbox.com) that contained more than 12 GB of data that were represented to be Plaintiff's Initial Disclosures in this action.  After gaining access to the massive amount of data that had been produced as Plaintiff's Initial Disclosure, and before I knew that the data that Plaintiff had produced as his Initial Disclosures included documents and data he had copied from a Lockheed Martin computer without authorization before his employment ended, I requested, among other things that Plaintiff's counsel provide us, in addition to the dropbox link, a thumb drive, cd, dvd, or similar storage medium containing all of the data.   I first made that request in a letter dated May 4, 2015.  A true and correct copy of my May 4, 2015 letter to Plaintiff's counsel is attached hereto as part of Exhibit 2.  Exhibit 2 also includes true and correct copies of email communications between my office and Plaintiff's counsel in the months of May, June, and July, in which I and others in my office continued to follow up on our request that the data and documents be provided to us on a thumb drive or other external storage device.  Unfortunately, Plaintiff's counsel did not comply with that request until mid-July, at which time I was finally able to obtain the data in a form that I could transmit to Lockheed Martin for review.

7.       The allegations contained in paragraph 15 of the proposed Counterclaim, which is attached hereto as Exhibit 3, are based on a review of the data by Lockheed Martin personnel, which

2

I am informed and believe to be correct.

8. I have made repeated demands that Plaintiff and his counsel (and anyone else to whom Plaintiff or his counsel have disclosed any of the documents or data that Plaintiff copied without authorization from any Lockheed Martin computer) return all copies of the documents and data to Lockheed Martin, certify that all copies of the documents and data have been returned, and provide Lockheed Martin with other relevant certifications, as described in the letters that are attached hereto as Exhibit 4. In addition to the two letters that are attached hereto as Exhibit 4, I have had several email exchanges and one telephone conversation with Plaintiff's counsel over the course of the last 30 days in which I have reiterated Lockheed Martin's demand for return of the documents and data and the certifications outlined in the letters that are attached as Exhibit 4.

9. To date, Plaintiff and his counsel have refused to return the documents and data and provide the requested certifications. As a result, Lockheed Martin seeks leave to file Counterclaims for Injunctive Relief as an amendment to its Answer.

10. Before filing this motion, I sent Plaintiff's counsel a copy of the proposed Counterclaim and requested that they stipulate to allow the filing of the Counterclaim as an amendment of Lockheed Martin's answer. A true and correct copy of my September 11, 2015 and the proposed Stipulation and proposed Order are attached hereto as Exhibit 5.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14h day of September, 2015.

/S/
_____
MICHAEL E. WILBUR