1  MICHAEL W. FOSTER (State Bar No. 127691)
   MICHAEL E. WILBUR (State Bar No. 152361)
2  TAMMY A. BROWN (State Bar No. 172612)
   FOSTER EMPLOYMENT LAW
3  3000 Lakeshore Avenue
   Oakland, California 94610
4  Telephone: (510) 763-1900
   Facsimile:  (510) 763-5952
5
   Attorneys for Defendant
6  LOCKHEED MARTIN CORPORATION

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11  DOMINICK TENERELLI, an individual   )   Case No. CV 15-00012 BLF
                                         )
12          Plaintiff,                   )
        vs.                              )
13                                       )   [PROPOSED ] ORDER GRANTING
    LOCKHEED MARTIN SPACE SYSTEMS        )   DEFENDANT LOCKHEED MARTIN
14  COMPANY, a Division of Lockheed      )   CORPORATION'S MOTION FOR FOR
    Martin Corporation, LOCKHEED         )   LEAVE TO AMEND ANSWER TO ASSERT
15  MARTIN CORPORATION, a Maryland       )   A COUNTERCLAIM FOR INJUNCTIVE
    Corporation, and DOES 1 through 20,  )   RELIEF
16  inclusive                            )
                                         )   Hearing:    January 7, 2016
17          Defendants.                  )   Time:       9:00 A.M.
                                         )   Courtroom:  3
18                                       )
                                         )
19                                       )   Trial Date: April 18, 2016
                                         )
20

21          After reviewing the submitted papers submitted in support of and in opposition to Lockheed

22  Martin's Motion for Leave to Amend Answer to Assert Counterclaims for Injunctive Relief, the

23  Court hereby GRANTS Lockheed Martin's Motion for Leave to Amend Answer to Assert

24  Counterclaims for Injunctive Relief.  Plaintiff shall have 14 days after service of the amended

25  pleading to serve and file a response.

26  ///

27  ///

28

1

1  IT IS SO ORDERED:

2  January ____, 2016

                                                              _____
                                                              Hon. Beth Labson Freeman
                                                              United States District Court Judge