UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINICK TENERELLI,<br><br>        Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,<br><br>        Defendants. | Case No. 15-cv-00012-BLF<br><br>**ORDER GRANTING DEFENDANT LOCKHEED MARTIN CORPORATION'S MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT A COUNTERCLAIM FOR INJUNCTIVE RELIEF**<br><br>[Re: ECF 23] |

    Before the Court is Defendant Lockheed Martin Corporation's ("Defendant") Motion for Order Shortening Time to Hear Motion for Leave to Amend Answer to Assert a Counterclaim for Injunctive Relief ("Motion"). ECF 23. Defendant requests that the Court hear its Motion on shortened time because the cutoff for discovery is October 2, 2015, the deadline to file dispositive motions is October 15, 2015, and the Court's earliest available hearing date is not until January 7, 2016.

    The Court finds Defendant has shown good cause and accordingly, the Court GRANTS Defendant's Motion. Plaintiff shall file an opposition to Defendant's Motion for Leave to Amend Answer to Assert a Counterclaim for Injunctive Relief **on or before** September 21, 2015. Plaintiff's opposition shall be no more than 10 pages in accordance with the Court's standing order. There will be no reply to Plaintiff's opposition. Pursuant to Civ. L.R. 7-1(b), the Court will take the matter under submission once briefing is complete and determine the motion without oral argument.

    **IT IS SO ORDERED.**

Dated: September 15, 2015

                                                             _____
                                                             BETH LABSON FREEMAN
                                                             United States District Judge