UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINICK TENERELLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,<br><br>　　　　Defendants. | Case No.　15-cv-00012-BLF<br><br>**ORDER DIRECTING COUNSEL AND PLAINTIFF TO APPEAR AT CASE MANAGEMENT CONFERENCE** |

　　　The above action is scheduled for a case management conference on October 21, 2015 at 11:00 a.m.  The Court ORDERS counsel for both parties and Plaintiff Dominick Tenerelli to appear at the case management conference.

　　　**IT IS SO ORDERED.**

Dated: October 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge