# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DOMINICK TENERELLI,<br><br>    Plaintiff,<br><br>  v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,<br><br>    Defendants. | Case No.  15-cv-00012-BLF<br><br>**ORDER GRANTING LAW OFFICES OF TANYA GOMERMAN'S EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORDS** |

Before the Court is the Law Offices of Tanya Gomerman's, counsel for Plaintiff, ex parte motion to withdraw as counsel of records.  The parties appeared for a hearing on October 21, 2015 and the Court orally GRANTED the motion to withdraw.  Accordingly, this Order memorializes the Court's ruling that the Law Offices of Tanya Gomerman's motion to withdraw as counsel of records has been GRANTED effective October 21, 2015.

**IT IS SO ORDERED.**

Dated: December 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge