UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DOMINICK TENERELLI,

    Plaintiff,

  v.

LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,

    Defendants.

Case No. 15-cv-00012-BLF

**ORDER REGARDING PLAINTIFF'S LATE FILINGS**

Before the Court is Defendant's motion for summary judgment. ECF 32. Plaintiff's opposition was due by February 12, 2016 and Defendant's reply was due by February 19, 2016. ECF 51 at 2. Plaintiff did not file his opposition by February 12, 2016. Instead, Plaintiff filed a responsive separate statement of facts on February 16, 2016. ECF 72. Defendant filed its reply on February 19, 2016. ECF 73. After Defendant filed its reply, Plaintiff filed several more documents pertaining to his opposition, ECF 74, 75, 76, 77, 78, with the latest filing coming on February 29, 2016, or seventeen days after the deadline to file his opposition.

In light of Plaintiff's pro se status, the Court will consider these late submitted documents.[1] However, the deadline has now passed to respond to Defendant's motion for summary judgment and the Court will not accept any further filings from Plaintiff pertaining to his opposition to Defendant's motion for summary judgment. Since Defendant has not had an opportunity to respond to Plaintiff's late filings, if Defendant wishes, it may withdraw its reply brief and submit a new reply brief **on or before** March 8, 2016.

**IT IS SO ORDERED.**

Dated: March 1, 2016

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] The Court has cautioned Plaintiff before that "it is imperative that he complies with all rules, deadlines, and Court orders." Order at 2, ECF 51.